(106 So. 898)

SIMPSON v. STATE.    (1 Div. 406.)

(Supreme Court of Alabama.  Jan. 21, 1926.)

Certiorari ⬅️64(1)—Application for certiorari to opinion, not dealing with specific error or proposition of law, presents nothing for review.

An application for certiorari to the Court of Appeals, whose opinion deals with no specific questions of error, and states no proposition of law, presents nothing for review.

Certiorari to Court of Appeals.

Petition of Marshall Simpson for certiorari to the Court of Appeals, to review and revise the judgment and decision of that court in Simpson v. State, 106 So. 898.  Writ denied.

Hybart & Hare, of Monroeville, for appellant.

In view of the decision, it is not necessary that brief should be here set out.

Harwell G. Davis, Atty. Gen., for the State.

Brief of counsel did not reach the Reporter.

PER CURIAM.  Reference to the opinion of the Court of Appeals (106 So. 898) will disclose the fact that it deals with no specific questions of error, states no proposition of law; the sum and substance of the opinion is that there is no error in the record.  Under the rule heretofore observed by this court, in cases of this character—i. e., applications for certiorari to the Court of Appeals—the application in this case presents nothing that can be reviewed in this court. Ex parte Minderhout, 195 Ala. 420, 71 So. 91.

Writ denied.

ANDERSON, C. J., and SAYRE, GARDNER, and MILLER, JJ., concur.